## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **MAGISTRATE JUDGE STEVEN L. TISCIONE** |
| **DATE:** | October 27, 2020 |
| **TIME:** | 5:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-3594 (ST) |
| **NAME OF CASE(S):** | **SCALIA V RAMIZA FOOD CORP., ET AL.** |
| **FOR PLAINTIFF(S):** | Tai, Heyman-Kantor |
| **FOR DEFENDANT(S):** | Graziadei |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

The Court will hold a bench trial beginning at 10:00 a.m. on February 22, 2021 in the Central Islip courthouse.  Parties anticipate that the bench trial will last approximately 4 to 5 days.